GEORGE H. MUNSON, as Administrator, etc., of WILLIAM MUNSON, Deceased,

Appellant, v. CITY OF SCHENECTADY and WILLIAM SCHOPMAN, Respondents.— Judgment and order reversed on the law and facts, and new trial granted, with costs to the appellant to abide the event, on the ground that there was a question for the consideration of the jury. The court does not consider the question of practice whether or not the verdict should be reinstated or whether the verdict is excessive. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur.